UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO: |
| Walter Dellenbaugh, | ) | |
| | ) | Chapter 13 |
| Debtor, | ) | |

## DEBTOR'S AFFIDAVIT PURSANT TO HAMILTON V. LANNING

1. That I, Walter Dellenbaugh, am the Debtor in the above captioned Chapter 13 bankruptcy.

2. That I, Walter Dellenbaugh, am over the age of 21 and otherwise competent to testify in the matters set forth herein.

3. That I filed my Chapter 13 Petition on or about July 20, 2017.

4. That I during the six (6) months prior to filing I worked at Ste. Gen Pharmacy, Inc. and Mercy Health Services, LLC.

5. That Ste. Gen Pharmacy, Inc. was purchased by CVS Health in July 2017.

6. That, as a condition of employment, CVS Health required me to enter into a non-compete agreement prohibiting me from working at any other pharmacy.

7. That my employment at Mercy Health Services, LLC terminated July 15, 2017.

8. That the reduction in income from Mercy Health Services, LLC is $1,713.19 per month

9. That the reduction in income is permanent.

10. Pursuant to *Hamilton v.* Lanning, my projected disposable monthly income for calculation of payment to unsecured creditors is $2,427.34.

11. That the guarantee to unsecured creditors should be $145,640.40 pursuant to my monthly income.

_____
Walter Dellenbaugh

STATE OF MISSOURI        )
                         ) ss.
COUNTY OF ST. LOUIS      )

Subscribed and sworn to before me on this 19th day of July, 2017.

_____
Notary Public

```
MICHAEL E. DOYEL
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 15551547
My Commission Expires June 23, 2019
```