UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>WALTER R DELLENBAUGH<br><br><br><br><br>**Debtor** | CASE NO: 17-44924-399<br>Chapter 13<br><br>Re: Objection to Claim 6 filed by<br>    BANKERS HEALTHCARE GROUP<br>    Acct: 4649<br>    Amount: $108,948.55<br>    Response Due: September 21, 2017 |

**TRUSTEE'S OBJECTION TO CLAIM 6**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

   COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her objection to claim states as follows:
   The claim of BANKERS HEALTHCARE GROUP dated August 28, 2017, should be denied as filed because the claimant does not match the lien holder per claim attachments. The Trustee seeks an order directing her to pay the claim as a general unsecured claim.
   WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| | |
|---|---|
| Dated: August 31, 2017<br><br>OBJCLM--AC | /s/ Diana S. Daugherty_____<br>Diana S. Daugherty<br>Standing Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO  63143<br>(314) 781-8100  Fax: (314) 781-8881<br>trust33@ch13stl.com |

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of August 31, 2017.

                                                           /s/ Diana S. Daugherty

| | |
|---|---|
| WALTER R DELLENBAUGH<br>10 CRYSTAL LAKE CT<br>FESTUS, MO  63028-4286 | BANKERS HEALTHCARE GROUP<br>201 SOLAR ST<br>SYRACUSE, NY  13204-1425 |
| MICHAEL E DOYEL LLC<br>10820 SUNSET OFFICE DR<br>STE 124<br>ST LOUIS, MO  63127 | |